NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: __Nikki Watson-Tobah__  Docket No.: __15-44__

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: __Marshall D. Sweetbaum__

Firm: __SWEETBAUM & SWEETBAUM__

Address: __3000 Marcus Avenue – Suite 3W6, Lake Success, NY 11042__

Telephone: __(516) 352-1922__  Fax: __(516) 354-6923__

E-mail: __msweetbaum@sweetbaum.net__

Appearance for: __Nikki Watson-Tobah__
(party/designation) Select One:

☒ Substitute counsel (replacing lead counsel: __Larry A. Wallace, Esq.__)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on __May 1, 2014__ OR

☐ I applied for admission on _____.

Signature of Counsel: _[signature]_

Type or Print Name: __Marshall D. Sweetbaum__